UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**CITY OF SYRACUSE POLICE OFFICERS**
**JOHN BAGGETT, RICKEY WILLIAMS, and**
**ESTEBAN TROTMAN,**

      **Plaintiffs,**

   v.

**CITY OF SYRACUSE, CITY OF SYRACUSE**   <u>NOTICE OF DISMISSAL</u>
**POLICE DEPARTMENT, MAYOR STEPHANIE**
**MINER, POLICE CHIEF FRANK FOWLER in**  Case No.: 5:12-cv-337-LEK-TWD
**his official capacity, CITY OF SYRACUSE**
**POLICE OFFICER JEFF PIEDMONT, in his**
**official and individual capacity as President**
**of the Syracuse Police Department PBA,**
**SYRACUSE POLICE DEPARTMENT**
**BENEVOLENT SOCIETY, and CITY OF**
**SYRACUSE POLICE OFFICER JUDY**
**CULETON, in her official and Individual**
**capacity, jointly and severally,**

      **Defendants.**

---

  *Mark David Blum, Esq.*, being the undersigned attorney for Plaintiffs *John Baggett*, *Rickey Williams*, and *Esteban Trotman* hereby notices the Court that:

1) Plaintiffs filed their Complaint against all Defendants with the Court on February 27, 2012;

2) Plaintiffs served said Complaint on Defendants *City of Syracuse*, *City of Syracuse Police Department*, *Mayor Stephanie Miner*, and *Police Chief Frank Fowler* on April 11, 2012, and Defendant *Police Officer Judy Culeton* on April 17, 2012;

1

3) Defendants *City of Syracuse*, *City of Syracuse Police Department*, *Mayor Stephanie Miner*, *Police Chief Frank Fowler*, and *Police Officer Judy Culeton* have not, as of the date of this filing, served or filed an Answer or any answering motion in the above action; and

4) The parties having resolved to their mutual satisfaction all their differences and issues giving rise to this action, Plaintiffs do hereby file this Notice of Dismissal with the intention of dismissing their Complaint with prejudice against the named Defendants *City of Syracuse*, *City of Syracuse Police Department*, *Mayor Stephanie Miner*, *Police Chief Frank Fowler*, and *Police Officer Judy Culeton* **only**, without costs to either parties as against the other, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i).

Respectfully submitted
this 22nd day of July 2012

*Law Offices of Mark David Blum*

_____/s_____
**Mark David Blum, Esq.**
Bar Roll #505862
Attorney for John Baggett, Rickey Williams, and Esteban Trotman
Office & P.O. Box
P.O. Box 82
Manlius  New York 13104
Telephone: (315) 420-9989
Email:  mdb@markblum.com

2