UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CITY OF SYRACUSE POLICE OFFICERS
JOHN BAGGETT, RICKEY WILLIAMS, and
ESTEBAN TROTMAN,

                Plaintiffs,

      v.

CITY OF SYRACUSE, CITY OF SYRACUSE       **CERTIFICATE OF SERVICE**
POLICE DEPARTMENT, MAYOR STEPHANIE
MINER, POLICE CHIEF FRANK FOWLER in       Case No.: 5:12-cv-337-LEK-TWD
his official capacity, CITY OF SYRACUSE
POLICE OFFICER JEFF PIEDMONT, in his
official and individual capacity as President
of the Syracuse Police Department PBA,
SYRACUSE POLICE DEPARTMENT
BENEVOLENT SOCIETY, and CITY OF
SYRACUSE POLICE OFFICER JUDY
CULETON, in her official and Individual
capacity, jointly and severally,

                Defendants.

---

## CERTIFICATE OF SERVICE

    I hereby certify that on July 22, 2012, I served upon all Parties, a copy of a *NOTICE OF DISMISSAL* in the foregoing matter by electronically filing the document above with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.     Clerk of the Court, United States District Court for the Northern District of New York, 100 South Clinton Street, Post Office Box 7367, Syracuse, New York 13261-7367;

2.     Joseph R. H. Doyle, Esq., 233 East Washington Street, 300 City Hall, Syracuse, New York 13202-1424;

3.     Rocco A. DePerno, Esq., 704 Main Street, Post Office Box 83, Sylvan Beach, New York 13157

1

Respectfully submitted
this 22nd day of July 2012

*Law Offices of Mark David Blum*

_____/s_____
**Mark David Blum, Esq.**
Bar roll #505862
Attorney for John Baggett, Rickey Williams, and Esteban Trotman
Office & P.O. Box
P.O. Box 82
Manlius  New York 13104
Telephone: (315) 420-9989
Email: mdb@markblum.com