========================================================================

# * * * * * UNITED STATES DISTRICT COURT * * * * *

## _NORTHERN_ _____ DISTRICT OF _____ _NEW YORK_

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO 5:12-CV-0337 (LEK/TWD)**

**JOHN BAGGETT,**

                                **Plaintiff,**

        -against-

**JEFF PIEDMONTE, in his official and
individual capacity as President of the
Syracuse Police Department PBA; and
SYRACUSE POLICE DEPARTMENT
BENEVOLENT SOCIETY,**

                        **Defendants.**

_____ **JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and
the jury has rendered its verdict.**

____XX_____ **DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried
and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED and judgment is entered in favor
of the Defendants as against the Plaintiff,  In accordance with the MEMORANDUM-DECISION and ORDER of the Honorable
Lawrence E. Kahn, U. S. District Judge, dated February 07, 2013.**

**DATE:**___February 07, 2013___            _LAWRENCE K. BAERMAN_____

                                    CLERK OF THE COURT

Scott A. Snyder

**Courtroom Deputy to the
Honorable Lawrence E. Kahn**